No. 04–1429. WEIR *v.* KELLY, COMMISSIONER, NEW YORK CITY POLICE DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 04–1432. BROWN, JOINT TENANT TRUSTEE *v.* MONTGOMERY COUNTY, PENNSYLVANIA, ET AL. Commw. Ct. Pa. Certiorari denied.

No. 04–1442. PIPPINS *v.* TANGIPAHOA PARISH COUNCIL ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1447. SIMMONS *v.* NEVADA LANDING PARTNERSHIP ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–1451. KINNARD *v.* RUTHERFORD COUNTY BOARD OF EDUCATION. C. A. 6th Cir. Certiorari denied.

No. 04–1479. FORNARO *v.* GANNON ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–1489. STROBEL *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–1504. CARPENTER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 04–1505. DAVIS *v.* WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 04–1514. WH–T. V. BROADCASTING CORP. *v.* ZENITH ELECTRONICS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–1516. CROTTS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–1531. STEINER *v.* POTTER, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 04–1537. JERNIGAN *v.* CITY OF TULSA, OKLAHOMA, EX REL. PALMER, CHIEF OF POLICE, CITY OF TULSA, OKLAHOMA. Ct. Civ. App. Okla. Certiorari denied.